

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-15-00735-CV

**E & S OIL FIELD SERVICES, LLC,**
Appellant

v.

Juan Carlos **GARZA**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2014CVZ000131 C3
Honorable Jesus Garza, Judge Presiding

## O R D E R

Appellant filed its notice of appeal in the trial court on October 22, 2015. The notice of appeal was received in this court on November 20, 2015. On that date the clerk of the court notified the appellant in writing that our records do not reflect that the filing fee in the amount of $205.00 was paid and that the fee was required to be paid by December 3, 2015 or the appeal could be stricken by the court. To date, the fee has not been paid. Our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.1. In addition, the clerk's record and reporter's record were due on November 23, 2015, and have not been filed. The trial court clerk and the court reporter have filed notifications stating that appellant has failed to request the clerk's record and the reporter's record, and has failed to pay or make arrangements to pay the fees for preparing the records and appellant is not entitled to appeal without paying the fees.

Accordingly, it is ORDERED that appellant provide written proof to this court **within ten (10) days** of the date of this order that either: (1) the $205.00 filing fee has been paid to this court and the fees for preparation of the clerk's record and reporter's record have been paid to, or payment arrangements have been made with, the trial court clerk and court reporter; or (2) appellant is entitled to appeal without paying the filing fee and the fees for the clerk's record and the reporter's record. *See* TEX. R. APP. P. 20.1, 35.3(a)(2). If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the fees. *See* TEX. R. APP. P. 5, 42.3(b), (c). All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.



Keith E. Hottle
Clerk of Court